IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01180-RPM

EVANS WAREHOUSE, LLC,

        Plaintiff,

v.

SHERYL TRENT and the
CITY OF EVANS, COLORADO, a Home Rule Municipality,

        Defendants.
_____

## ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the July 28, 2015, scheduling/planning conference before Magistrate Judge Michael J. Watanabe is vacated.

DATED:   July 15th, 2015

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge