IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01180-RPM

EVANS WAREHOUSE, LLC,

        Plaintiff,

v.

SHERYL TRENT and the
CITY OF EVANS, COLORADO, a Home Rule Municipality,

        Defendants.
_____

## STAY ORDER
_____

      Because this civil action is not at issue and a motion to dismiss is pending, all discovery is stayed until the entry of a scheduling order.

      DATED:  August 14th, 2015

                                                  BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior Judge