IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01180-RPM

EVANS WAREHOUSE, LLC,

       Plaintiff,

v.

SHERYL TRENT and the
CITY OF EVANS, COLORADO, a Home Rule Municipality,

       Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the hearing today, it is

ORDERED that this civil action is dismissed as to defendant Sheryl Trent, individually.

DATED: September 10th, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge