**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 10, 2015
Courtroom Deputy:    Robert R. Keech
FTR Technician:      Kathy Terasaki

---

Civil Action No.  **15-cv-01180-RPM**           Counsel:

**EVANS WAREHOUSE, LLC**,                       Perry L. Glantz

     Plaintiff,

v.

**SHERYL TRENT and**                            Jonathan A. Cross
**THE CITY OF EVANS, COLORADO, a**              Sean J. Lane
**Home Rule Municipality,**

     Defendants.

---

## COURTROOM MINUTES

---

**MOTION HEARING:  Defendants' Motion to Dismiss [ECF Doc. No. 16], filed July 20, 2015**

**1:54 p.m.**      **Court in session.**

        Court calls case.

        Appearances of counsel.

        Defendants' Motion to Dismiss [ECF Doc. No. 16], filed July 20, 2015, is raised for argument.

1:56 p.m.       Argument by Defendants by Mr. Lane.

2:00 p.m.       Argument by Plaintiff by Mr. Glantz.

**ORDERED:**   Defendants' Motion to Dismiss [ECF Doc. No. 16], filed July 20, 2015, is **GRANTED IN PART and DENIED IN PART.**  The motion is **GRANTED** with respect to defendant Cheryl Trent with respect to qualified immunity and **DENIED** as to the remainder of the motion.

**ORDERED:**   The Stay Order is **VACATED** and the case shall go forward.

**ORDERED:**   Defendant shall file an answer.

**2:07 p.m.**     **Court in recess.**
**Hearing concluded.  Total time: 13 minutes.**