IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01180-RPM

EVANS WAREHOUSE, LLC,

        Plaintiff,

v.

CITY OF EVANS, COLORADO, a Home Rule Municipality,

        Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to Procedural Order Number One entered by this Court on September 22, 2015, counsel for plaintiff has contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

ORDERED that a scheduling conference will be held on **December 11, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 1, 2015.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

DATED: October 26th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge