IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01180-RPM

EVANS WAREHOUSE, LLC,

        Plaintiff,

v.

CITY OF EVANS, COLORADO, a Home Rule Municipality,

        Defendant.
_____

ORDER TO LIFT STAY
_____

        Upon review of the Plaintiff's Motion to Lift Stay [Doc. 35], it is

        ORDERED that the motion is granted. A Scheduling Conference will be set at a time to be scheduled after conferring with counsel.

        DATED: March 31st, 2016

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge